# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

 v.            Case No. 11-CR-0045

DIANE L. BAUGH,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO ADJOURN SURRENDER DATE

    Defendant Diane Baugh has been sentenced to fifteen months in the custody of the Bureau of Prisons for tax evasion in violation of 26 U.S.C. § 7201. She has filed a motion requesting that her prison report date be adjourned for 30 days to allow her to care for a child who is undergoing treatment at Children's Hospital in Milwaukee, Wisconsin. The Government does not oppose the delay, and the Court having been duly informed hereby orders that the motion is granted. The defendant's surrender date, currently set for October 9, 2012, is hereby ordered delayed for a period of at least 30 days. She shall be given a new surrender date which should be for a date after November 8, 2012.

    **SO ORDERED** this __2nd__ day of October, 2012.


            s/ William C. Griesbach
           William C. Griesbach
           United States District Judge