# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 11-CR-0045

DIANE L. BAUGH,

    Defendant.

**ORDER GRANTING SECOND MOTION TO ADJOURN SURRENDER DATE**

On August 7, 2012, the Court sentenced Diane Baugh to fifteen months in prison on three counts of tax evasion contrary to 26 U.S.C. § 7201. Baugh was ordered to surrender to the Bureau of Prisons on a date determined by the Bureau. The original reporting date was October 9, 2012, but on October 1, 2012, the Court granted an unopposed motion to adjourn the trial date based upon the needs of her employer to continue her employment in her care for medically-fragile foster children. She was given a new date of November 8, 2012, and Baugh has again filed a motion to adjourn the report date for 60-90 days to accommodate the extraordinary needs of her employer and the parents of the children that she cares for. Attached to the motion are letters from the foster parent and the Brown County Human Services foster care worker that verified the essential services that Baugh provides.

Although the Government opposes the motion, the Court concludes that one further adjournment should be granted. The Court will delay the reporting date by 90 days to accommodate the extraordinary needs of Baugh's employer and the children she for whom she is

caring. However, it is understood that her employer will take the steps necessary to insure that Ms. Baugh's skills are transferred to another employee or another employee with those skills is hired within the time allowed. A further failure to find an effective replacement within the next 90 days will likely be perceived as simply an effort to indefinitely postpone the reporting date and on that basis alone may be denied. With this understanding, the Court GRANTS defendant's request and ORDERS that her reporting date be adjourned for a period of at least 90 days.

      **SO ORDERED** this ___5th___ day of November, 2012.

                                          s/ William C. Griesbach
                                          William C. Griesbach, Chief Judge
                                          United States District Court