UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           Case No. 11-CR-45

DIANE L. BAUGH,

        Defendant.

**ORDER DENYING REQUEST TO ADJOURN SURRENDER DATE**

      The defendant again requests a delay in her reporting date. She indicates that the surgery previously scheduled for one of the children she is caring for was cancelled. As a result, they are in the process of rescheduling it and she requests a delay in her reporting date of four to six weeks after the surgery. According to the motion, the surgery is not currently scheduled.

      The motion is denied. What is being requested is, in essence, an indefinite delay, since the surgery has not been rescheduled. The request is based entirely on the defendant's unsworn and unsupported statements. Given the history in this case, and the failure to make arrangements for Ms. Baugh's absence, the Court has no reason to believe that it will not be met with a similar request at some time in the future. It has already been more than six months since the Court sentenced the defendant and three previous motions have been addressed. It is time for the defendant to commence serving her sentence. The request for further delay is denied.

      **SO ORDERED** this   7th   day of February, 2013.

                                                       s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court